**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dennis R. Karalfa                                            CHAPTER 13
       Linda  J. Karalfa
           Debtor(s)                                            BKY. NO. 20-14630 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and index same on the master mailing list.

                                          Respectfully submitted,

                                /s/ *Rebecca Solarz*
                                Rebecca Solarz
                                08 Dec 2021, 15:04:59, EST

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322