| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-14630-PMM**

Dennis R. Karalfa
Linda J. Karalfa
245 E. Orange Street
Elizabethtown  PA   17022

Petition Filed Date: 12/03/2020
341 Hearing Date: 01/12/2021
Confirmation Date: 04/15/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $325.00 | | 05/10/2021 | $325.00 | | 06/08/2021 | $325.00 | |
| 07/09/2021 | $325.00 | | 08/09/2021 | $325.00 | | 09/10/2021 | $325.00 | |
| 10/08/2021 | $325.00 | | 11/08/2021 | $325.00 | | 12/09/2021 | $325.00 | |
| 01/10/2022 | $325.00 | | 02/08/2022 | $325.00 | | 03/08/2022 | $325.00 | |
| 04/08/2022 | $325.00 | | 05/09/2022 | $325.00 | | 06/08/2022 | $325.00 | |
| 07/12/2022 | $325.00 | | | | | | | |

**Total Receipts for the Period: $5,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |
| 1 | SANTANDER BANK NA<br>»» 001 | Unsecured Creditors | $32,662.56 | $519.41 | $32,143.15 |
| 2 | PSECU<br>»» 002 | Unsecured Creditors | $9,121.87 | $145.07 | $8,976.80 |
| 3 | PSECU<br>»» 003 | Unsecured Creditors | $19,861.45 | $315.85 | $19,545.60 |
| 4 | PSECU<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | NATIONSTAR MORTGAGE LLC<br>»» 005 | Mortgage Arrears | $1,518.70 | $1,518.70 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $1,407.03 | $15.88 | $1,391.15 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $539.68 | $0.00 | $539.68 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $1,211.23 | $19.27 | $1,191.96 |

**Chapter 13 Case No. 20-14630-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,850.00 | Current Monthly Payment: | $325.00 |
| Paid to Claims: | $5,344.18 | Arrearages: | $650.00 |
| Paid to Trustee: | $490.75 | Total Plan Base: | $19,500.00 |
| Funds on Hand: | $15.07 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.