Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-14630-PMM**

Dennis R. Karalfa  
Linda J. Karalfa  
245 E. Orange Street  
Elizabethtown  PA    17022

Petition Filed Date: 12/03/2020  
341 Hearing Date: 01/12/2021  
Confirmation Date: 04/15/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $325.00 | | 09/09/2022 | $325.00 | | 10/11/2022 | $325.00 | |
| 11/08/2022 | $325.00 | | 12/08/2022 | $325.00 | | 01/11/2023 | $325.00 | |
| 02/08/2023 | $325.00 | | 03/08/2023 | $325.00 | | 04/10/2023 | $325.00 | |
| 05/08/2023 | $325.00 | | 06/08/2023 | $325.00 | | 07/11/2023 | $325.00 | |

**Total Receipts for the Period: $3,900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,075.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |
| 1 | SANTANDER BANK NA<br>»» 001 | Unsecured Creditors | $32,662.56 | $2,321.27 | $30,341.29 |
| 2 | PSECU<br>»» 002 | Unsecured Creditors | $9,121.87 | $648.31 | $8,473.56 |
| 3 | PSECU<br>»» 003 | Unsecured Creditors | $19,861.45 | $1,411.55 | $18,449.90 |
| 4 | PSECU<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | NATIONSTAR MORTGAGE LLC<br>»» 005 | Mortgage Arrears | $1,518.70 | $1,518.70 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $1,407.03 | $93.55 | $1,313.48 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $539.68 | $33.42 | $506.26 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $1,211.23 | $86.11 | $1,125.12 |

Chapter 13 Case No. 20-14630-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,075.00 | Current Monthly Payment: | $325.00 |
| Paid to Claims: | $8,922.91 | Arrearages: | $325.00 |
| Paid to Trustee: | $845.00 | Total Plan Base: | $19,500.00 |
| Funds on Hand: | $307.09 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.