Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 20-14630-PMM**

Dennis R. Karalfa  
Linda J. Karalfa  
245 E. Orange Street  
Elizabethtown  PA    17022

Petition Filed Date: 12/03/2020  
341 Hearing Date: 01/12/2021  
Confirmation Date: 04/15/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $325.00 | | 09/11/2023 | $325.00 | | 10/10/2023 | $325.00 | |
| 11/08/2023 | $325.00 | | 12/08/2023 | $325.00 | | 01/09/2024 | $325.00 | |
| 02/08/2024 | $325.00 | | 03/08/2024 | $325.00 | | 04/08/2024 | $325.00 | |
| 05/09/2024 | $325.00 | | 06/10/2024 | $325.00 | | 07/09/2024 | $325.00 | |

**Total Receipts for the Period: $3,900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,975.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |
| 1 | SANTANDER BANK NA »» 001 | Unsecured Creditors | $32,662.56 | $4,241.08 | $28,421.48 |
| 2 | PSECU »» 002 | Unsecured Creditors | $9,121.87 | $1,184.44 | $7,937.43 |
| 3 | PSECU »» 003 | Unsecured Creditors | $19,861.45 | $2,578.94 | $17,282.51 |
| 4 | PSECU »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | NATIONSTAR MORTGAGE LLC »» 005 | Mortgage Arrears | $1,518.70 | $1,518.70 | $0.00 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $1,407.03 | $169.96 | $1,237.07 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $539.68 | $67.66 | $472.02 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $1,211.23 | $151.87 | $1,059.36 |

**Chapter 13 Case No. 20-14630-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,975.00 | Current Monthly Payment: | $325.00 |
| Paid to Claims: | $12,722.65 | Arrearages: | $325.00 |
| Paid to Trustee: | $1,231.75 | Total Plan Base: | $19,500.00 |
| Funds on Hand: | $20.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.