UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dennis R Karalfa and Linda J Karalfa | Case No.: 20-14630 |
| | Adversary No.: ___-_____ |
| Debtors | Chapter: 13 |
| | Judge: Patricia M Mayer |

**CHANGE OF ADDRESS**

**Creditor Name:** Santander Bank, N.A.

Old Mailing Address:

450 Penn Street
MC: 10-421-MC3
Reading, PA 19602

New Mailing Address:

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

Date: 01/30/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
Dennis R Karalfa and Linda J Karalfa

Chapter #13  
Case No. 20-14630  
Honorable Patricia M Mayer

Debtors

_____/

## CERTIFICATE OF SERVICE

I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on January 31, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage prepaid or other method specified on service list. Signed under the penalties of perjury, this 31st day of January 2025.

_____  
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
1130 Berkshire Boulevard  
Wyomissing, PA 19610  
(484) 512-3552  
Email: DeftBkr@santander.us

VIA US MAIL  
Dennis and Linda Karalfa  
245 E Orange St  
Elizabethtown, PA 17022

VIA ECF  
Scott F Waterman  
2901 Saint Lawrence Ave Ste 100  
Reading, PA 19606

Thomas W Fleckenstein  
Tom@fleckensteinpalaw.com