Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 20-14630-PMM**

Dennis R. Karalfa  
Linda J. Karalfa  
245 E. Orange Street  
Elizabethtown  PA    17022

Petition Filed Date: 12/03/2020  
341 Hearing Date: 01/12/2021  
Confirmation Date: 04/15/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2024 | $325.00 | | 09/10/2024 | $325.00 | | 10/08/2024 | $325.00 | |
| 11/08/2024 | $325.00 | | 12/09/2024 | $325.00 | | 01/10/2025 | $325.00 | |
| 02/10/2025 | $325.00 | | 03/10/2025 | $325.00 | | 04/08/2025 | $325.00 | |
| 05/08/2025 | $325.00 | | 06/09/2025 | $325.00 | | 07/09/2025 | $325.00 | |

**Total Receipts for the Period: $3,900.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $17,875.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |
| 1 | SANTANDER BANK NA »» 001 | Unsecured Creditors | $32,662.56 | $6,056.87 | $26,605.69 |
| 2 | PSECU »» 002 | Unsecured Creditors | $9,121.87 | $1,691.54 | $7,430.33 |
| 3 | PSECU »» 003 | Unsecured Creditors | $19,861.45 | $3,683.08 | $16,178.37 |
| 4 | PSECU »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | NATIONSTAR MORTGAGE LLC »» 005 | Mortgage Arrears | $1,518.70 | $1,518.70 | $0.00 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $1,407.03 | $247.54 | $1,159.49 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $539.68 | $100.10 | $439.58 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $1,211.23 | $218.95 | $992.28 |

**Chapter 13 Case No. 20-14630-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,875.00 | Current Monthly Payment: | $325.00 |
| Paid to Claims: | $16,326.78 | Arrearages: | $325.00 |
| Paid to Trustee: | $1,529.15 | Total Plan Base: | $19,500.00 |
| Funds on Hand: | $19.07 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.