UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dennis R Karalfa | Case No.:  20-14630 |
| Linda J Karalfa | Adversary No.: ___-____ |
| | Chapter:  13 |
| Debtors | Judge:  Patricia M Mayer |

## CHANGE OF ADDRESS

**Creditor Name:**  Santander Bank, N.A.

**Old Payment Address**:

PO Box 847051
Boston, MA 02284-7051

**New Payment Address:**

Internal Specialized Operations
PO Box 847105
Boston, MA 02284-7105

**Old Mailing Address:**

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

**New Mailing Address**:

10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 19605

Date: 12/05/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
Dennis R Karalfa and Linda J. Karalfa

Chapter #13  
Case No. 20-14630  
Honorable Patricia M Mayer

Debtors

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on December 5, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

    Signed under the penalties of perjury, this 5th day of December 2025.

_____  
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
10 Commons Boulevard  
MC: PA-WYO-CP3  
Reading, PA 1960  
(484) 512-3552  
Email: DeftBkr@santander.us

VIA US MAIL  
Dennis and Linda Karalfa  
245 E Orange Street  
Elizabethtown, PA 17022

VIA ECF  
Scott F Waterman  
2901 St. Lawrence Avenue, Ste 100  
Reading, PA 19606

Thomas W Fleckenstein  
Tom@TomFleckenstein.com