| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **Dennis R. Karalfa** |
| Debtor 2 (Spouse, if filing) | **Linda J. Karalfa** |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case Number | 20-14630-PMM |

## Official Form 410C13-N
# Trustee's Notice of Disbursements Made    12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

### Part 1:  Mortgage Information

**Name of claim holder:**   NATIONSTAR MORTGAGE LLC DBA MR COOPER

**Court claim no.** (if known):  5-1

**Last 4 digits** of any number you use to identify the debtor's account:   2 5 2 2

**Property Address:**
245 EAST ORANGE ST
Number    Street

ELIZABETHTOWN    PA    17022
City    State    ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 1,518.70 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 1,518.70 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 1,518.70 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

**Trustee**
Signature: ✗ /s/ Scott F. Waterman
Date: 01/22/2026

Name: Scott F. Waterman

Address: 2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Contact phone: (610) 779-1313
Email: info@ReadingCh13.com

| Debtor 1 | Dennis R. Karalfa | | Case Number 20-14630-PMM | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 5-1 | BANK OF AMERICA N.A. | Pre-Petition Arrears | 11/19/2021 | 17223235 | Disbursement To Creditor/Principal | 157.25 |
| 5-1 | BANK OF AMERICA N.A. | Pre-Petition Arrears | 12/17/2021 | 17224185 | Disbursement To Creditor/Principal | 299.00 |
| 5-1 | NATIONSTAR MORTGAGE LLC | Pre-Petition Arrears | 01/21/2022 | 17225634 | Disbursement To Creditor/Principal | 299.00 |
| 5-1 | NATIONSTAR MORTGAGE LLC | Pre-Petition Arrears | 02/18/2022 | 17226609 | Disbursement To Creditor/Principal | 299.00 |
| 5-1 | NATIONSTAR MORTGAGE LLC | Pre-Petition Arrears | 03/18/2022 | 17227566 | Disbursement To Creditor/Principal | 299.00 |
| 5-1 | NATIONSTAR MORTGAGE LLC | Pre-Petition Arrears | 04/22/2022 | 17228585 | Disbursement To Creditor/Principal | 165.45 |
| | | | | | Total for Claim Number 5-1: | 1,518.70 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **1,518.70** |