United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                 Case No. 20-14630-pmm

Dennis R. Karalfa                                                                          Chapter 13

Linda J. Karalfa

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                                          Page 1 of 2

Date Rcvd: Jan 21, 2026                       Form ID: 138OBJ                               Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis R. Karalfa, Linda J. Karalfa, 245 E. Orange Street, Elizabethtown, PA 17022-2543 |
| 14565796 | | Internal Specialized Operations, PO Box 847105, Boston, MA 02284-7105 |
| 14565793 | | Mutual Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 14654489 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14834141 | + | Nationstar Mortgage LLC, C/O Mario Hanyon, Esquire, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14565794 | | PSECU, PO Box 67012, Harrisburg, PA 17106-7012 |
| 14568766 | ++++ | SANTANDER BANK NA, MC: PA-WYO-CP3, 1001 COMMONS BLVD, READING PA 19605-5500 address filed with court:, Santander Bank NA, 10 Commons Boulevard, MC: PA-WYO-CP3, Reading, PA 19605 |
| 14565795 | | Santander Bank, NA, PO Box 847051, Boston, MA 02284-7051 |
| 14565797 | + | Visa, PO Box 672051, Dallas, TX 75267-2021 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 22 2026 00:49:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 22 2026 00:49:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14565790 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 22 2026 00:49:00 | Bank of Amercia, 655 Papermill Road, Newark, DE 19711-7500 |
| 14575748 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 22 2026 00:49:00 | Bank of America, N.A, P.O. Box 31785, Tampa, FL 33631- 3785 |
| 14565791 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2026 00:57:21 | Care Credit/GE, PO Box 960061, Orlando, FL 32896-0061 |
| 14565792 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2026 00:57:16 | JC Penny, PO Box 965007, Orlando, FL 32896-5007 |
| 14576776 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 00:57:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14834142 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 22 2026 00:49:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14661999 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 22 2026 00:49:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, Texas 75261-9096 |
| 14582516 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2026 00:57:21 | Portfolio Recovery Associates, LLC, POB 41067, |

District/off: 0313-4 · User: admin · Page 2 of 2

Date Rcvd: Jan 21, 2026 · Form ID: 138OBJ · Total Noticed: 20

| | | Norfolk VA 23541 |
|---|---|---|
| 14574968 | Email/Text: bankruptcynotices@psecu.com | |
| | Jan 22 2026 00:50:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14568730 | ##+ | BANK OF AMERICA, N.A., c/o Ann E. Swartz, Esquire, McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026 · Signature: _/s/Gustava Winters_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW M. LUBIN | on behalf of Creditor BANK OF AMERICA  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MARISA MYERS COHEN | on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS W. FLECKENSTEIN | on behalf of Joint Debtor Linda J. Karalfa Tom@TomFleckenstein.com |
| THOMAS W. FLECKENSTEIN | on behalf of Debtor Dennis R. Karalfa Tom@TomFleckenstein.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)–doc 45 – 43

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
|     Dennis R. Karalfa | ) | Case No. 20–14630–pmm |
| | ) | |
| | ) | |
|     Linda J. Karalfa | ) | Chapter: 13 |
| | ) | |
|     Debtor(s). | ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 21, 2026

For The Court

Mohung Wong
Clerk of Court